UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSASSINATION ARCHIVES AND RESEARCH CENTER, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, <br><br> *Defendant*. | Civil Action No. 21-1237 (CRC) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 10, 2021 Minute Order, Plaintiffs Assassination Archives and Research Center and James H. Lesar (collectively "Plaintiffs") and Defendant Central Intelligence Agency ("CIA" or the "Agency"), by and through undersigned counsel, hereby submit this Joint Status Report. The parties report as follows:

1. Plaintiff brings this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking agency records relating to David Harold Byrd, Werner von Alvensleben, Jr., and the Doolittle Report. *See* ECF 1.

2. This Court ordered that the parties shall promptly confer and file a joint proposed schedule for briefing or disclosure by August 24, 2021. August 10, 2021 Minute Order.

3. **Defendant's position:** CIA has completed its search for responsive documents. Approximately 45 documents, totaling approximately 550 pages, are responsive to Plaintiff's request. The Agency is still reviewing the responsive documents, which includes determining whether the documents must go to other government agencies for their review, and whether further internal coordination is necessary.

4.     CIA anticipates it will finish reviewing all 45 documents by the end of September. It anticipates processing and producing some of the non-exempt, responsive records in early to mid-October. After reviewing all of the documents, CIA will be in a better position to propose a production schedule based upon the number of remaining documents and any necessary subsequent measures.

5.     CIA also believes this matter is not ripe for the setting of a briefing schedule for dispositive motions and requests that the Parties be allowed to propose a briefing schedule after its production is complete.

6.     **Plaintiffs' position:** The FOIA statute 5 USC § 552(a)(3)(A) requires agencies to make requested records "promptly available." The request in this case was made in July 2020. Plaintiffs seek considerably shorter and definite periods for processing of these records than the open ended process proposed by CIA.

7.     It is currently premature to propose a full schedule for completing the releases. The parties respectfully propose that they file another Joint Status Report on or before September 30, 2021, to further apprise the Court of their progress in this matter.

\*\*\*

| | |
|---|---|
| Dated: August 24, 2021 | Respectfully submitted, |
| */s/ Daniel S. Alcorn* <br> Daniel S. Alcorn <br> D.C. Bar #383267 <br> 1335 Ballantrae Lane <br> McLean, VA 22101 <br> (703) 442-0704 <br> dalcorn@rcn.com <br><br> *Attorney for Plaintiff* | CHANNING D. PHILLIPS <br> D.C. Bar # 415793 <br> Acting United States Attorney <br> BRIAN P. HUDAK <br> Acting Chief, Civil Division <br><br> */s/ Stephanie R. Johnson* <br> STEPHANIE R. JOHNSON <br> D.C. Bar # 1632338 <br> Assistant United States Attorney <br> United States Attorney's Office <br> Civil Division <br> 555 4th Street, N.W. <br> Washington, D.C. 20530 <br> (202) 252-7874 <br> Stephanie.Johnson5@usdoj.gov <br><br> *Attorneys for Defendant* |