# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSASSINATION ARCHIVES AND RESEARCH CENTER, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, <br><br> Defendant. | Civil Action No. 21-1237 (CRC) |

## JOINT STATUS REPORT

Pursuant to the Court's November 2, 2021 Minute Order, Plaintiffs Assassination Archives and Research Center and James H. Lesar (collectively "Plaintiffs") and Defendant Central Intelligence Agency ("CIA"), by and through undersigned counsel, hereby submit this Joint Status Report. The parties report as follow:

1. Plaintiffs bring this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking agency records relating to David Harold Byrd, Werner von Alvensleben, Jr., and the Doolittle Report. *See* ECF 1.

2. **Defendant's position:** CIA previously reported it located 45 documents, totaling approximately 550 pages, which were responsive to Plaintiffs' request. CIA finished its review of the 45 responsive documents. It produced 18 non-exempt responsive records in mid-October and anticipated producing 19 additional non-exempt responsive records in mid-December. CIA also referred eight documents to other government agencies in November for those agencies to directly release to Plaintiffs.

3. In December 2021, CIA produced 19 non-exempt responsive documents to

Plaintiffs. Four documents were released in full and 11 documents were released in segregable form. An additional four documents were denied in full.

4. **Plaintiffs' position:** Plaintiffs received CIA's second release of documents on December 23, 2021. The release consists of 19 documents totaling 300 pages of records with considerable redactions, and four documents withheld in full. Due to the volume, complexity and historical importance of the documents, Plaintiffs have not completed a review of the records and doing so will take considerable time. Also, the release arrived on the eve of the holidays, which has also delayed review. Plaintiffs suggest that the parties take thirty days to review and analyze these records and the others released or referred in the case. Plaintiffs suggest that the parties file another joint status report on January 28, 2022 as to how to proceed in this case. CIA sent 8 documents to other agencies to review and release directly to Plaintiffs. By letter dated December 16, 2021 FBI responded directly to plaintiffs releasing 7 documents totaling 25 pages and containing extensive redactions and some illegible material. Referral actions must result in prompt release to the plaintiffs. *McGehee v. CIA*, 697 F.2d 1095,1111 (D.C. Cir. 1983), *vacated in part and aff'd in part,* 711 F.2d 1076 (D.C. Cir. 1983). CIA must provide plaintiffs with a list of such referral documents and the agency to which they have been referred. Plaintiffs have asked without response whether CIA searched its operational files as requested by plaintiffs and required by 50 U.S.C. Sec. 3141(c)(3) and *Morley v. CIA*, 508 F.3d 1108, 1119 (D.C. Cir. 2007).

5. In light of the above, the parties respectfully propose that they file another Joint Status Report on or before January 28, 2022, to further apprise the Court of their progress in this matter.

* * *

| | |
|---|---|
| Dated: December 28, 2021 | Respectfully submitted, |
| */s/ Daniel S. Alcorn* <br> Daniel S. Alcorn <br> DC Bar # 383267 <br> LAW OFFICE OF DANIEL S. ALCORN <br> 1335 Ballantrae Lane <br> McLean, VA 22101 <br> (703) 442-0704 <br> dalcorn@rcn.com <br><br> *Attorney for Plaintiffs* | MATTHEW M. GRAVES <br> D.C. Bar # 481052 <br> United States Attorney <br><br> BRIAN P. HUDAK <br> Acting Chief, Civil Division <br><br> */s/ Stephanie R. Johnson* <br> STEPHANIE R. JOHNSON <br> D.C. Bar # 1632338 <br> Assistant United States Attorney <br> United States Attorney's <br> Office Civil Division <br> 555 4th Street, N.W. <br> Washington, D.C. 20530 <br> (202) 252-7874 <br> Stephanie.Johnson5@usdoj.gov <br><br> *Attorneys for Defendant* |